# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

FRANK SOLOMON FEDD, SR.,  :
                                            :
    Plaintiff,                       :
                                            :
v.                                           :        Case No. 1:09-cv-52 (WLS)

BRIAN OWENS, *et al*.,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed August 24, 2010. (Doc. 86). It is recommended that Defendants' Motions for Summary Judgment (Docs. 21, 32) be **GRANTED** and Plaintiff's Motion for Temporary Restraining Order (Doc. 58) be **DENIED**. (Doc. 86).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for filing objections expired on Monday, September 13, 2010;[2] no objections have been filed to date. (*See* Docket).

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 86) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

[2] Pursuant to Federal Rule of Civil Procedure 6(a)(2), because the actual deadline for filing objections—Saturday, September 11, 2010—fell on a weekend, the deadline was extended to Monday, September 13, 2010. *See* Fed. R. Civ. P. 6(a)(2).

1

Defendants' Motions for Summary Judgment (Docs. 21, 32) are **GRANTED**, and Plaintiff's Motion for Temporary Restraining Order (Doc. 58) for injunctive relief is **DENIED**.

**SO ORDERED**, this  17th  day of September, 2010.

                                         /s/ W. Louis Sands
                                        **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT COURT**